**Appeal Dismissed and Memorandum Opinion filed August 6, 2024.**



In The

# Fourteenth Court of Appeals

## NO. 14-24-00186-CV

## KEVIN SIMMS AND THE AFRICAN-AMERICAN COACHES ASSOCIATION, Appellants

### V.

## THE UNIVERSITY OF HOUSTON, Appellee

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-56656**

## MEMORANDUM OPINION

This is an attempted appeal "of an oral order of the Harris County 133rd Judicial District Court entered on or about the 12th day of February 2024 on the Plea to the Jurisdiction and any orders subsumed therein." Appellant filed a notice of appeal on March 12, 2024. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain

interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). There is no signed appealable order or signed judgment in the record before this court.

On June 7, 2024, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before June 28, 2024. *See* Tex. R. App. P. 42.3(a). Appellant did not file a response.

Accordingly, we dismiss the appeal for want of subject-matter jurisdiction.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Poissant.